**Douglas F. Foley**, OSB #80226
**Katie D. Buxman**, OSB #06145
E-mail: doug.foley@foleybuxman.com
E-mail: katie.buxman@foleybuxman.com
FOLEY & BUXMAN, PLLC
13115 N.E. 4th Street, Suite 260
Vancouver, Washington 98684
Telephone: 360.883.0636
Facsimile: 360.944.6808
    *Attorneys for Plaintiff Allstate Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DEAN MEIER; MICHELLE SMITH; ANDREW GARVER; REBECCA DAWSON; ALOHA BASEBALL & SOFTBALL ASSOCIATION; and ASA/USA SOFTBALL ASSOCIATION<br><br>    Defendants. | Civil No. 06-1732-AS<br><br>**STIPULATED ORDER GRANTING ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

    Plaintiff Allstate Insurance Company, by and through its attorneys Douglas F. Foley and Katie D. Buxman of Foley & Buxman, PLLC, Defendant Michelle Smith, by and through her attorney Meagan Flynn of Preston Bunnell & Flynn LLP, and Rebecca Dawson, Aloha Baseball & Softball Association, and ASA/USA Softball Association, by and through their attorney Pamela Stendahl of Bodyfelt Mount Stroup & Chamberlain LLP, hereby stipulate that the Court shall grant Allstate Insurance Company's Motion for Summary Judgment.

It is therefore ORDERED that:

1. Allstate Insurance Company's Motion for Summary Judgment is granted; and

2. Judgment shall be entered in favor of Allstate Insurance Company declaring that Allstate Insurance Company is not obligated to provide coverage for, or a defense to, Dean Meier for the claims made against him by Michelle Smith in the Circuit Court of the State of Oregon, for the County of Washington, Cause No. C 06-3281 CV.

Dated this 22 day of July, 2007.

/s/ DONALD C. ASHMANSKAS
DONALD C. ASHMANSKAS
MAGISTRATE JUDGE

Presented by:

/s/ DOUGLAS F. FOLEY
Douglas F. Foley, OSB#80226
Katie D. Buxman, OSB #06145
Of Attorneys for Allstate Insurance Company

Stipulated to by:

/s/ MEAGAN FLYNN
Meagan Flynn, OSB#92307
Of Attorneys for Michelle Smith

Stipulated to by:

/s/ PAMELA STENDAHL
Pamela Stendahl, OSB#89416
Of Attorneys for Rebecca Dawson,
Aloha Baseball & Softball Association,
and ASA/USA Softball Association

104/3221